NO. 07-05-0305-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 27, 2006
_____

In the Estate of GRIMES E. PEARSON, Deceased
_____

FROM THE COUNTY COURT AT LAW NO. 3 OF LUBBOCK COUNTY;

NO. 2003-769,230; HON. PAULA LANEHART, PRESIDING
_____

***ON MOTION TO DISMISS***
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellants Sharon Brown, individually and as successor trustee of the Grimes Pearson Trust and the Ruth Pearson Trust, David Pearson and Michael Pearson, and appellee Loretta L. Pearson, individually and as independent executor of the estate of Grimes E. Pearson, deceased, by and through their attorneys, have filed a joint motion to dismiss this appeal. Without passing on the merits of the case, we grant it pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Chief Justice